# Detailed Escrow Summary

| LOAN NUMBER | BORROWER | ACTIVITY FROM - TO | ESCROW START |
|---|---|---|---|
| 1041768699 | CLIFTON | 1/23/09 - PRESENT | $489.74 |
| TRANSACTION_DATE | ESCROW_AMT | TRAN_DESCRIPTION | RUNNING_ESCROW |
| 7/19/2013 | -$1,355.00 | HOMEOWNERS INSURANCE | -$5,090.54 |
| 6/5/2013 | $1,739.32 | HAZARD INSURANCE REFUND | -$3,735.54 |
| 4/4/2013 | -$1,739.32 | HOMEOWNERS INSURANCE | -$5,474.86 |
| 12/11/2012 | $1,279.51 | PROPERTY TAX REFUND | -$3,735.54 |
| 11/13/2012 | -$1,279.51 | COUNTY TAX | -$5,015.05 |
| 6/20/2012 | $1,276.08 | HAZARD INSURANCE REFUND | -$3,735.54 |
| 5/29/2012 | -$1,276.08 | HOMEOWNERS INSURANCE | -$5,011.62 |
| 1/9/2012 | $1,438.97 | SPECIAL ESCROW DEPOSIT | -$3,735.54 |
| 11/18/2011 | -$1,438.97 | COUNTY TAX | -$5,174.51 |
| 4/15/2011 | -$1,263.84 | HOMEOWNERS INSURANCE | -$3,735.54 |
| 1/19/2011 | $1,465.39 | SPECIAL ESCROW DEPOSIT | -$2,471.70 |
| 11/12/2010 | -$1,465.39 | COUNTY TAX | -$3,937.09 |
| 4/16/2010 | -$1,141.59 | HOMEOWNERS INSURANCE | -$2,471.70 |
| 11/12/2009 | -$1,492.90 | COUNTY TAX | -$1,330.11 |
| 4/23/2009 | $1,073.87 | HOMEOWNERS INSURANCE | $162.79 |
| 3/31/2009 | $373.46 | PAYMENT | $1,236.66 |
| 2/11/2009 | $373.46 | PAYMENT | $863.20 |
| 1/23/2009 | $221.51 | PAYMENT | $489.74 |