Polk County Tax Collector

Site Provided by...
governmax.com [I,11]

**Details**
Tax Record
Legal Desc.
PA Information
Payment History
» Print Tax Record
Shopping Cart

**Searches**
Owner Name
Account Number
Mailing Address
Street Address
GEO Number

**Site Functions**
Tax Track Login
Welcome
Tax Search
Business Tax
Home
Contact Us

*Tax Record*

Last Update: 10/6/2013 1:00:32 AM ET

## Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

Owner Name 1 of 1

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 322923-000000-014180 | REAL ESTATE | 2012 |

### Payment History

| Year | Folio | Date Paid | Receipt | Amount Billed | Amount Paid |
|---|---|---|---|---|---|
| 2012 | 1055349 | 11/9/2012 | 2002813 | $1,332.82 | $1,279.51 |
| | Paid By | RICHARD CLIFTON | | | |
| 2011 | 1055301 | 11/3/2011 | 2001203 | $1,498.93 | $1,438.97 |
| | Paid By | RICHARD CLIFTON | | | |
| 2010 | 1055219 | 11/10/2010 | 2002966 | $1,526.45 | $1,465.39 |
| | Paid By | RICHARD E CLIFTON | | | |
| 2009 | 1055156 | 11/24/2009 | 924968 | $1,555.10 | $1,492.90 |
| | Paid By | CHASE HOME FINANCE LLC | | | |
| Year | Folio | Date Paid | Receipt | Amount Billed | Amount Paid |

| Year | Folio | Date Paid | Receipt | Amount Billed | Amount Paid |
|---|---|---|---|---|---|
| 2008 | 1055166 | 11/26/2008 | 937023 | $1,712.74 | $1,644.23 |
| | Paid By | CHASE HOME FINANCE LLC | | | |
| 2007 | 1054758 | 11/28/2007 | 941461 | $1,603.12 | $1,539.00 |
| | Paid By | CHASE HOME FINANCE LLC | | | |
| 2006 | 1052908 | 11/30/2006 | 960506 | $1,673.09 | $1,606.17 |
| | Paid By | CHASE HOME FINANCE LLC | | | |
| 2005 | 1050745 | 11/30/2005 | 924816 | $1,673.20 | $1,606.27 |
| | Paid By | CHASE HOME FINANCE LLC | | | |
| 2004 | 1049507 | 11/30/2004 | 949006 | $1,469.05 | $1,410.29 |
| | Paid By | CHASE/DALLAS | | | |
| 2003 | 148480 | 11/1/2003 | 941920 | $1,436.17 | $1,378.72 |
| | Paid By | CHASE/DALLAS | | | |
| 2002 | 147703 | 11/29/2002 | 7092236 | $1,883.35 | $1,808.02 |
| 2001 | 147081 | 11/1/2001 | 930373 | $1,715.91 | $1,647.27 |
| | Paid By | HOMESIDE LENDING INC | | | |
| 2000 | 146601 | 11/1/2000 | 912055 | $1,633.35 | $1,568.02 |
| | Paid By | HOMESIDE LENDING INC | | | |

| Year | Folio | Date Paid | Receipt | Amount Billed | Amount Paid |
|---|---|---|---|---|---|
| **1999** | 146441 | 11/1/1999 | 925650 | $1,503.28 | $1,443.15 |
| | Paid By | HOMESIDE LENDING INC | | | |

**Print |**  << **First** < **Previous Next** > **Last** >>

*Legal Disclaimer / Privacy Statement*



Powered by MANATRON