# RONALD R WOLFE AND ASSOCIATES, P.L.

4919 MEMORIAL HIGHWAY STE 200
Tampa, FL 33634
(813) 251-4766
20-3006231
ATFLORIDA

| | |
|---|---|
| Invoice Date: 08/14/2009 | Invoice Number: 672391 |
| | Current Status: **PAID BY SERVICER** |
| | Sequence Number: C90250008294715 |
| Submitted To: Chase Prime and Nonprime | I.E. Batch ID: 198030 |
| 10790 Rancho Bernardo Road | Order Number: N/A |
| San Diego, CA 92127 | |

| | | | |
|---|---|---|---|
| Loan Number: | 1041768699 | Date Created: | 08/17/2009 |
| Loan Type: | CONVENTIONAL - FARM | Date Submitted: | 08/17/2009 |
| Investor: | OTHER | Date Posted: | 08/17/2009 |
| Investor Number: | X21 | Date Paid: | 08/17/2009 |
| Bankruptcy Case Number: | N/A | Created By: | echevarr |
| Vendor's File Number: | F09081422 | Paid from Account (Check No.): | 0000406401 (08/17/2009) |
| Borrower's Name: | | | 0000406496 (08/17/2009) |
| Property Address: | | | |
| | MULBERRY, FL 33860 | | |

---

### FORECLOSURE

Status Reason Description: Invoice posted in iClear Batch #: 11196

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11111 | Attorney Fee - FC - Authorized | Completed: 08/14/2009 | Y | 1.00 | Flat | $650.00 | $0.00 | **$650.00** |
| | NOTES: Foreclosure Fee | | | | | | | | |
| 4 | 12211 | Filing Fee - FC - Court | Completed: 08/05/2009 | Y | 1.00 | Flat | $975.00 | $0.00 | **$975.00** |
| | NOTES: Complaint Filing Fee | | | | | | | | |
| 2 | 12323 | Title Charges - FC - Update | Completed: 08/14/2009 | N | 1.00 | Flat | $10.00 | $0.00 | **$10.00** |
| | NOTES: Bankr. Update (Pacer/Edefault)(Non-Recoverable) | | | | | | | | |
| 3 | 12245 | Recorder - FC - LisPendens | Completed: 08/05/2009 | Y | 1.00 | Flat | $5.00 | $0.00 | **$5.00** |
| | NOTES: Lis Pendens Recording Fees | | | | | | | | |
| 5 | 12321 | Title Charges - FC - Search | Completed: 07/30/2009 | Y | 1.00 | Flat | $175.00 | $0.00 | **$175.00** |
| | NOTES: Title Search | | | | | | | | |
| 6 | 12321 | Title Charges - FC - Search | Completed: 07/30/2009 | Y | 1.00 | Flat | $150.00 | $0.00 | **$150.00** |
| | NOTES: Title Examination | | | | | | | | |

Total Foreclosure Costs: $1,315.00
Total Foreclosure Fees: $650.00

**Grand Total: $1,965.00**