# RONALD R WOLFE AND ASSOCIATES, P.L.

4919 MEMORIAL HIGHWAY STE 200
Tampa, FL 33634
(813) 251-4766
20-3006231
ATFLORIDA

| | |
|---|---|
| Invoice Date: 09/09/2009 | Invoice Number: 691315 |
| | Current Status: **PAID BY SERVICER** |
| | Sequence Number: C90250008584320 |
| Submitted To: Chase Prime and Nonprime | I.E. Batch ID: 202812 |
| 10790 Rancho Bernardo Road | Order Number: N/A |
| San Diego, CA 92127 | |

| | | | |
|---|---|---|---|
| Loan Number: | 1041768699 | Date Created: | 09/10/2009 |
| Loan Type: | CONVENTIONAL - FARM | Date Submitted: | 09/10/2009 |
| Investor: | OTHER | Date Posted: | 09/10/2009 |
| Investor Number: | X21 | Date Paid: | 09/10/2009 |
| Bankruptcy Case Number: | N/A | Created By: | echevarr |
| Vendor's File Number: | F09081422 | Paid from Account (Check No.): | 0000546902 (09/10/2009) |
| Borrower's Name: | | | 0000546995 (09/10/2009) |
| Property Address: | | | |
| | MULBERRY, FL 33860 | | |

### FORECLOSURE

Status Reason Description: Invoice submitted as Approved!

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11111 | Attorney Fee - FC - Authorized | Completed: 09/09/2009 | Y | 1.00 | Flat | $260.00 | $0.00 | **$260.00** |
| | NOTES: Foreclosure Fee | | | | | | | | |
| 2 | 12231 | Service - FC - Process | Completed: 09/09/2009 | Y | 1.00 | Flat | $900.00 | $0.00 | **$900.00** |
| | NOTES: Process Service | | | | | | | | |

Total Foreclosure Costs: $900.00
Total Foreclosure Fees: $260.00

**Grand Total: $1,160.00**