| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Ronald R. Wolfe & Associates, P.L. | **Regarding:** | CLIFTON RICHARD E | **Invoice Number:** | 1118311 |
| **Address:** | 4919 Memorial Highway Ste 200 | | 3005 ESPO DRIVE | **Invoice Status:** | Check Confirmed (Exc) |
| | Tampa, FL 33634 | | MULBERRY, FL 33860 | **Loan No.:** | 1041768699 |
| **Payee Code:** | ATFLORIDA | | | **Loan Type:** | Conventional |
| **Vendor Contact:** | Kim Terlato | | | **Acquistion Date:** | |
| **Vendor Ref #:** | F09081422 | | | **Type:** | Judicial |
| **Servicer:** | JP Morgan Chase | | | **Referral Date :** | 7/30/2009 |
| **Inv. ID / Cat. ID** | X21/801 | | | **Loan Location:** | |
| **Investor Name** | PRIME CHASE HFI 0805 | | | **Submitted Date:** | 7/22/2011 |
| **Invoice ID** | 71511716 | | | **Vendor Invoice Date:** | 7/19/2011 |
| | | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

### Foreclosure - Foreclosure Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 07/22/2011 | 08/02/2011 | 08/02/2011 | | 08/02/2011 | 08/02/2011 | 08/05/2011 | 12 |

Dept || Comments || Line Items || Exceptions || Edit Summary || Adj. Summary || Chronology || Quote || Service Request || Guideline || Invoice Mapping || History || Payments || Reconciliation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $250.00 | IM Prev. Billed: | $425.00 | Exc. Loan Allow: | $285.00 | Exc Ord Allw: |
| **Costs** | Total: | $600.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | Converted Fees: | $910.00 | | | |
| | | | Converted Costs: | $2,215.00 | | | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $850.00 | Prev. Billed: | $3,550.00 | Loan Total Fees/Costs Prev.Billed: | $3,782.00 | Exc Ord Allw: |

#### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Mediation Attendance | 07/19/11 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Mediation Attendance Fee

| | | | | Total: | $250.00 | $0.00 | $250.00 |

#### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Filing Costs | Court | 08/06/09 | 1 | $600.00 | $600.00 | $0.00 | $600.00 |

**Note:** Mediation Cost
**Exceptions:** Line Item Review Required

| | | | | Total: | $600.00 | $0.00 | $600.00 |
| | | | | Invoice Total: | $850.00 | $0.00 | $850.00 |